Hillsborough,
Jan. 7, 1913.

### BARTLETT v. MANSFIELD.

DEBT, against a selectman, to recover the penalty imposed by section 16, chapter 57, Public Statutes.   Trial by jury and verdict for the defendant.   Transferred from the January term, 1912, of the superior court by *Mitchell,* J., on exceptions taken by the plaintiff.   On the ground that the private action for a penalty was abolished by chapter 31, Laws 1899, judgment was ordered for the defendant without considering the exceptions.   *State* v. *McConnell,* 70 N. H. 158, 161; *Noyes* v. *Edgerly,* 71 N. H. 500, 503, 505.

*David W. Perkins,* for the plaintiff.

*Wason & Moran,* for the defendant.